IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Suzanne C. Clarke and Conise Dillard, On behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>Baptist Memorial Healthcare Corporation and Methodist Healthcare,<br><br>　　　　　　Defendants. | Civil Action No. 07-mc-00463-RMU |

**PLAINTIFFS' CONSENT MOTION TO CONSOLIDATE RELATED ACTIONS**

Plaintiffs respectfully submit this motion, pursuant to Rule 42(a) of the Federal Rule of Civil Procedure and LCvR 40.5(d), to consolidate the lowest numbered action filed, *Reed, et al. v. Advocate Health Care, et al.*, Civil Action No. 07-mc-00450-RMU, with the three subsequently numbered and related actions set forth below, all of which are based on identical motions to quash identical subpoenas which were directed at a single party (the Mintz Group) arising from actions that raise identical claims based on similar factual allegations.

| Case Name: | Case Number: | Date of Filing: |
|---|---|---|
| Wendy Fleischman and Cindy Cullen, On behalf of themselves and all others similarly situated<br>v.<br>Albany Medical Center; Ellis Hospital; Northeast Health; Seton Health System; St. Peter's Health Care Service | 1:07-mc-00451-RJL | November 5, 2007 |
| Pat Cason-Merendo and Jeffrey A. Suhre, On behalf of themselves and all others similarly situated<br>v.<br>Detroit Medical Center; Henry | 1:07-mc-00452-EGS | November 5, 2007 |

| | | |
|---|---|---|
| Ford Health System; Mount Clemens General Hospital, Inc.; St. John Health; Oakwood Healthcare Inc.; Bon Secours Cottage Health Services; William Beaumont Hospital d.b.a. Beaumont Hospitals; Trinity Health Corp. | | |
| Suzanne C. Clarke and Conise P. Dillard, On behalf of themselves and all others similarly situated v. Baptist Memorial Healthcare Corporation; Methodist Le Bonheur Healthcare | 1:07-mc-00463-RMU | November 8, 2007 |

Plaintiffs have conferred with Defendants, who issued the subpoenas that are the subject matter of the above-referenced actions, and they do not oppose the relief requested herein.

WHEREFORE, given the common legal claims and factual allegations raised by these actions, Plaintiffs respectfully request that the Court enter the Order (attached hereto) consolidating the above-referenced actions before this Court for adjudication.

Dated: November 14, 2007

Respectfully submitted,

By: /s/ Charles E. Tompkins

Michael D. Hausfeld, Bar No. 15374
Daniel A. Small
Charles E. Tompkins, Bar No. 459854
Shelly L. Friedland
Kalpana Kotagal
Sharon K. Robertson
COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
Fax:(202) 408-4699

Thomas P. Dove
Kimberly A. Kralowec
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
Tel: (415) 433-2070
Fax: (415) 982-2076

Mark A. Griffin
Raymond J. Farrow
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel: (206) 623-1900
Fax: (206) 623-3384

Daniel E. Gustafson
Brian Williams
GUSTAFSON GLUEK PLLC
608 Second Avenue South
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622

David P. Dean
Mary Joyce Carlson
JAMES & HOFFMAN
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036-4748
Tel: (202) 496-0500
Fax: (202) 496-0555

Arnold Levin
Charles E. Schaffer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
Fax: (215) 592-4663

**Attorneys for Plaintiffs**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Suzanne C. Clarke and Conise Dillard, On behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Baptist Memorial Healthcare Corporation and Methodist Healthcare,<br><br>    Defendants. | Civil Action No. 07-mc-00463-RMU |

**CERTIFICATE OF SERVICE**

This is to certify that on this 14th day of November 2007, I served the foregoing upon the following via electronic mail or U.S. mail to the following:

| | |
|---|---|
| David P. Jaqua<br>Amy Pepke<br>BUTLER SNOW O'MARA STEVENS & CANADA, PLLC<br>6075 Poplar Ave.<br>Ste. 500<br>P.O. Box 171443<br>Memphis, TN 38187-1443<br>901-680-7343<br>901-680-7201 (fax)<br>david.jaqua@butlersnow.com<br>Amy.pepke@butlersnow.com | Robert F. Leibenloft<br>Corey W. Roush<br>Mitchell E. Zamoff<br>HOGAN & HARTSON LLP<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>CWRoush@HHLAW.com<br>RFLeibenluft@HHLAW.com<br>MEZamoff@HHLAW.com |

| | |
|---|---|
| Robert C. Jones<br>Michael R. Shumaker<br>Stephen J. Squeri<br>JONES DAY<br>51 Louisiana Ave., N.W.<br>Washington, DC 20001-2113<br>202-879-3679<br>mrshumaker@jonesday.com<br>rcjones@jonesday.com<br>sjsqueri@jonesday.com | James D. Wilson<br>HARRIS SHELTON DUNLAP COBB &<br>RYDER<br>One Commerce Square<br>Ste. 2700<br>Memphis, TN 38103<br>901-525-1455<br>jwilson@harrisshelton.com |
| Phillip A. Proger<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, DC 20001<br>202-879-3939<br>paproger@jonesday.com | |

Dated: November 14, 2007                 By:  /s/ Charles E. Tompkins

                                                        Michael D. Hausfeld, Bar No. 15374
                                                        Daniel A. Small
                                                        Charles E. Tompkins, Bar No. 459854
                                                        Shelly L. Friedland
                                                        Kalpana Kotagal
                                                        Sharon K. Robertson
                                                        COHEN, MILSTEIN, HAUSFELD &
                                                        TOLL P.L.L.C.
                                                        1100 New York Avenue, N.W.
                                                        Suite 500, West Tower
                                                        Washington, DC  20005
                                                        Telephone:   (202) 408-4600
                                                        Facsimile:   (202) 408-4699

                                                        Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Suzanne C. Clarke and Conise Dillard, On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Baptist Memorial Healthcare Corporation and Methodist Healthcare,<br><br>Defendants. | Civil Action No. 07-mc-00463-RMU |

### PROPOSED ORDER

Upon consideration of Plaintiffs' Motion to Consolidate, IT IS, this ___ day of November, 2007, by the United States District Court for the District of Columbia, ORDERED:

That Plaintiffs' Motion to Consolidate is GRANTED.

Dated:

_____
Hon. Ricardo M. Urbina
United States District Judge