IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LISA REED and CINDY DIGIANNANTONIO, on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) | Civil Action No. 07-mc-0450-RMU |
| v. | ) | |
| ADVOCATE HEALTH CARE, et al. | ) | |
| Defendants. | ) | |
| | | |
| WENDY FLEISCHMAN and CINDY CULLEN, on behalf of themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) | Civil Action No. 07-mc-0451-RMU |
| v. | ) | |
| ALBANY MEDICAL CENTER, et al. | ) | |
| Defendants. | ) | |
| | | |
| PAT CASON-MERENDA and JEFFREY A. SUHRE, on behalf of themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) | Civil Action No. 07-mc-0452-RMU |
| v. | ) | |
| DETROIT MEDICAL CENTER, et al. | ) | |
| Defendants. | ) | |
| | | |
| SUZANNE C. CLARKE and CONISE P. DILLARD, on behalf of themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) | Civil Action No. 07-mc-0463-RMU |
| v. | ) | |
| BAPTIST MEMORIAL HEALTHCARE CORP, et al. | ) ) | |
| Defendants. | ) | |

**AGREED MOTION FOR LEAVE TO FILE DEFENDANTS' RESPONSE TO
PLAINTIFFS' MOTIONS TO QUASH SUBPOENA
DIRECTED AT THE MINTZ GROUP UNDER SEAL**

Pursuant to Local Rule of Civil Procedure 5.1(j), the undersigned defendants

("Defendants") respectfully request that the Court grant them leave to file Defendants' Response

to Plaintiffs' Motions to Quash Subpoena Directed at the Mintz Group ("Response to Motion to Quash") under seal.  In support of this Motion, Defendants state as follows:

1. Pursuant to Local Rule of Civil Procedure 5.1(j), any pleading filed with the intention of being sealed shall be accompanied by a motion to seal.

2. In order to fully present the issues raised in the Response to Motion to Quash, Defendants need to reference and attach a document produced by the Service Employees International Union ("SEIU") that was designated as "Highly Confidential" under the terms of the Protective Orders entered in *Fleischman, et al. v. Albany Medical Center, et al.*, Case No. 06-CV-0765 (N.D.N.Y.) ("Albany"); *Reed, et al. v. Advocate Health Care, et al.*, Case No. 06 C 3337 (N.D. Ill.) ("Chicago"); *Cason-Merenda, et al. v. Detroit Medical* Center, Case No. 06-CV-15601 (E.D. Mich.) ("Detroit"); and Clarke *v. Baptist Memorial Healthcare Corp.,* Case No. 2:06-cv-02377 (W.D. Tenn.) ("Memphis").  This document is Exhibit 4 in the Response to Motion to Quash.

3. Defendants seek the Court's permission to file Exhibit 4 under seal.  Because the Response to Motion to Quash quotes from this exhibit, Defendants also seek the Court's permission to file the Response to Motion to Quash under seal.

4. Defendants have conferred with Plaintiffs, who filed the Motions to Quash Subpoena Directed at the Mintz Group, and they do not oppose the relief requested herein.

WHEREFORE, Defendants respectfully request that the Court grant them leave to file Defendants' Response to Plaintiffs' Motions to Quash Subpoena Directed at the Mintz Group, and supporting Exhibit 4 under seal.

| | |
|---|---|
| Dated: November 19, 2007 | Respectfully submitted, |
| | By:  /s/ Michael R. Shumaker |
| | Phillip A. Proger (D.C. Bar No. 929596)<br>Toby G. Singer (D.C. Bar No.942524)<br>Michael R. Shumaker (D.C. Bar No. 434578)<br>JONES DAY<br>51 Louisiana Ave., NW<br>Washington, D.C. 20001-2113<br>Tel:  (202) 879-3939<br>Fax:  (202) 626-1700 |
| | **Counsel for Defendants Seton Health System, St. John Health and Baptist Memorial Healthcare Corp.** |
| David Marx, Jr.<br>David L. Hanselman, Jr.<br>Stephen Y. Wu<br>Jennifer A. Smulin<br>Benjamin Hanauer<br>Amy J. Carletti<br>Stephanie L. Poulos<br>McDERMOTT WILL & EMERY LLP<br>227 West Monroe Street<br>Chicago, Illinois 60606-5096<br>(312) 372-2000<br>(312) 984-7700 (fax)<br><br>**Counsel for Defendants Resurrection Health Care, Albany Medical Center and Henry Ford Health System** | Margo L. Weinstein<br>Richard L. Marcus<br>Robert T. Joseph<br>Natalie J. Spears<br>Christopher Q. King<br>Anthony T. Eliseuson<br>Lisa Z. Fain<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>7800 Sears Tower<br>233 S. Wacker Drive<br>Chicago, Illinois  60606-6404<br>(312) 876-8000<br>(312) 876-7934 (fax)<br><br>**Counsel for Defendants University of Chicago Hospitals and Trinity Health Corp.** |

| | |
|---|---|
| Timothy F. Haley<br>Scott A. Schaefers<br>Scott A. Carlson<br>Molly M. Joyce<br>Richard L. Reinish<br>P. Brian See<br>Annette Tyman<br>SEYFARTH SHAW LLP<br>55 East Monroe Street<br>Suite 4200<br>Chicago, Illinois 60603-4205<br>(312) 346-8000<br>(312) 269-8869 (fax)<br><br>Robert E. Bloch<br>MAYER BROWN LLP<br>1909 K Street, N.W.<br>Washington, D.C. 20006<br>Phone: (202) 263-3203<br><br>Andrew S. Marovitz<br>Jonathan L. Lewis<br>MAYER BROWN LLP<br>71 S. Wacker Dr.<br>Chicago, Illinois 60606<br>Phone: (312) 782-0600<br><br>**Counsel for Defendant Evanston Northwestern Healthcare**<br><br>Michael L. Shakman<br>Edward W. Feldman<br>Diane F. Klotnia<br>Thomas M. Staunton<br>MILLER SHAKMAN & BEEM LLP<br>180 North LaSalle Street, Suite 3600<br>Chicago, Illinois 60601<br>(312) 263-3700<br>(312) 263-3270 (fax)<br><br>**Counsel for Defendant Advocate Health Care** | Martin T. Tully<br>David H. Kistenbroker<br>Laura Keidan Martin<br>David S. Slovick<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, Illinois 60661-3693<br>(312) 902-5200<br>(312) 902-1061 (fax)<br><br>James J. Calder<br>KATTEN MUCHIN ROSENMAN LLP<br>575 Madison Avenue<br>New York, New York 10022-2585<br>(212) 940-8800<br>(212) 940-8776 (fax)<br><br>**Counsel for Defendant Children's Memorial Hospital**<br><br>Howard B. Iwrey<br>DYKEMA GOSSETT PLLC<br>39577 Woodward Avenue, Suite 300<br>Bloomfield Hills, MI 48304<br><br>**Counsel for Defendant Oakwood Healthcare, Inc.**<br><br>Kenneth J. McIntyre<br>L. Pahl Zinn<br>Michelle R. Heikka<br>DICKINSON WRIGHT PLLC<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226<br><br>**Counsel for Defendant Detroit Medical Center**<br><br>Shari Ross Lahlou<br>Bethany M. Wimsatt<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2595<br><br>**Counsel for Defendant Bon Secours Cottage Health Services** |

David A. Ettinger
Peter E. Boivin
HONIGMAN MILLER SCHWARTZ
AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226

**Counsel for Defendant McClaren Health Care Corp.**

Nicholas J. D'Ambrosio
Sanjeeve DeSoyza
William Reynolds
BOND SCHOENECK & KING PLLC
111 Washington Avenue
Albany, NY 12210-2211

**Counsel for Defendant Ellis Hospital**

Robert H. Iseman
Brian M. Culnan
ISEMAN CUNNINGHAM REISTER & HYDE LLP
9 Thurlow Terrace
Albany, NY 12203

**Counsel for Defendant St. Peter's Health Care Service**

William D. Slowey
Mark T. Nelson
Sheldon H. Klein
Bruce L. Sendek
Michael R. Turco
BUTZEL LONG
150 West Jefferson Street, Suite 100
Detroit, MI  48226

**Counsel for Defendant William Beaumont Hospital d/b/a Beaumont Hospitals**

Gordon L. Lang
NIXON PEABODY LLP
401 9th Street, N.W.
Washington, D.C. 20004-2128

Daniel J. Hurteau
NIXON PEABODY LLP
Omni Plaza, Suite 900
30 South Pearl Street
Albany, NY 12207

**Counsel for Defendant Northeast Health**

Corey W. Roush
HOGAN & HARTSON
555 Thirteenth Street NW
Washington D.C. 20004

**Counsel for Defendant Methodist Le Bonheur Healthcare**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LISA REED and CINDY DIGIANNANTONIO, on behalf of themselves and all others similarly situated,<br>　　　　　　Plaintiffs,<br>　v.<br>ADVOCATE HEALTH CARE, et al.<br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 07-mc-0450-RMU |
| WENDY FLEISCHMAN and CINDY CULLEN, on behalf of themselves and all others similarly situated,<br>　　　　　　Plaintiffs,<br>　v.<br>ALBANY MEDICAL CENTER, et al.<br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 07-mc-0451-RMU |
| PAT CASON-MERENDA and JEFFREY A. SUHRE, on behalf of themselves and all others similarly situated,<br>　　　　　　Plaintiffs,<br>　v.<br>DETROIT MEDICAL CENTER, et al.<br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 07-mc-0452-RMU |
| SUZANNE C. CLARKE and CONISE P. DILLARD, on behalf of themselves and all others similarly situated,<br>　　　　　　Plaintiffs,<br>　v.<br>BAPTIST MEMORIAL HEALTHCARE CORP, et al.<br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 07-mc-0463-RMU |

## **PROPOSED ORDER**

Upon consideration of the Agreed Motion for Leave to File Defendants' Response to Plaintiffs' Motions to Quash Subpoena Directed at the Mintz Group Under Seal, IT IS, this ___ day of _____, 2007, by the United States District Court for the District of Columbia,

ORDERED:

That the Agreed Motion for Leave to File Defendants' Response to Plaintiffs' Motions to Quash Subpoena Directed at the Mintz Group Under Seal is GRANTED.

Dated:

_____
United States District Judge