IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LISA REED and CINDY DIGIANNANTONIO, on behalf of themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) | Civil Action No. 07-mc-0450-RMU |
| v. | ) | |
| ADVOCATE HEALTH CARE, et al. | ) | |
| Defendants. | ) | |
| WENDY FLEISCHMAN and CINDY CULLEN, on behalf of themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) | Civil Action No. 07-mc-0451-RMU |
| v. | ) | |
| ALBANY MEDICAL CENTER, et al. | ) | |
| Defendants. | ) | |
| PAT CASON-MERENDA and JEFFREY A. SUHRE, on behalf of themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) | Civil Action No. 07-mc-0452-RMU |
| v. | ) | |
| DETROIT MEDICAL CENTER, et al. | ) | |
| Defendants. | ) | |
| SUZANNE C. CLARKE and CONISE P. DILLARD, on behalf of themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) | Civil Action No. 07-mc-0463-RMU |
| v. | ) | |
| BAPTIST MEMORIAL HEALTHCARE CORP, et al. | ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   Counsel listed on the attached Certificate of Service

PLEASE TAKE NOTICE that on Monday, November 19, 2007, we filed **Defendants' Response to Plaintiffs' Motions to Quash Subpoena Directed at the Mintz Group and the Agreed Motion for Leave to File Defendants' Response to Plaintiffs' Motions to Quash Subpoena Directed at the Mintz Group Under Seal** with the Clerk of the United States District Court for the District of Columbia, 1225 E. Barrett Prettyman United States Courthouse,

333 Constitution Avenue, N.W, Washington, DC 20001, a copy of which is being served on the counsel listed and according to the method designated on the attached Certificate of Service.

Dated: November 19, 2007                    /s/ Michael R. Shumaker

                                          Phillip A. Proger (D.C. Bar No. 929596)
                                        Toby G. Singer (D.C. Bar No.942524)
                                        Michael R. Shumaker (D.C. Bar No. 434578)
                                        JONES DAY
                                        51 Louisiana Ave., NW
                                        Washington, D.C. 20001-2113
                                        Tel: (202) 879-3939
                                        Fax: (202) 626-1700

                                        **Counsel for Defendants Seton Health System, St. John Health and Baptist Memorial Healthcare Corp.**

## CERTIFICATE OF SERVICE

I, Michael R. Shumaker, an attorney of record in this case, hereby certify that, on this 19th day of November, 2007, I caused a copy of the foregoing to be served electronically upon all counsel listed on the attached Service List and by first-class United States mail, postage pre-paid and electronic mail, upon the following:

Michael D. Hausfeld
Daniel A. Small
Charles E. Tompkins
Shelly L. Friedland
Kalpana Kotagal
Sharon K. Robertson
COHEN MILSTEIN HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, NW
Suite 500, West Tower
Washington, D.C. 20005
Tel: 202-408-4600; Fax: 202-408-4699

David P. Dean
Mary Joyce Carlson
JAMES & HOFFMAN
1101 17th Street, NW, Suite 510
Washington, D.C. 20036-4748
Tel: 202-496-0500; Fax: 202-496-0555

Thomas P. Dove
Kimberly A. Kralowec
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
Tel: 415-433-2070; Fax: 415-982-2076

Arnold Levin
Charles Schaffer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697
Tel: 215-592-1500; Fax: 215-592-4663

Daniel E. Gustafson
Brian Williams
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Tel: 612-333-8844; Fax: 612-339-6622

Mark Griffin
Raymond J. Farrow
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel: 206-623-1900; Fax: 206-623-3384

## Service List

| | |
|---|---|
| David Marx, Jr. | Margo L. Weinstein |
| David L. Hanselman, Jr. | Richard L. Marcus |
| Stephen Y. Wu | Robert T. Joseph |
| Jennifer A. Smulin | Natalie J. Spears |
| Benjamin Hanauer | Christopher Q. King |
| Amy J. Carletti | Anthony T. Eliseuson |
| Stephanie L. Poulos | Lisa Z. Fain |
| McDERMOTT WILL & EMERY LLP | SONNENSCHEIN NATH & ROSENTHAL LLP |
| 227 West Monroe Street | 7800 Sears Tower |
| Chicago, Illinois 60606-5096 | 233 S. Wacker Drive |
| (312) 372-2000 | Chicago, Illinois  60606-6404 |
| (312) 984-7700 (fax) | (312) 876-8000 |
| | (312) 876-7934 (fax) |
| **Counsel for Defendants Resurrection Health Care, Albany Medical Center and Henry Ford Health System** | **Counsel for Defendants University of Chicago Hospitals and Trinity Health Corp.** |

Timothy F. Haley
Scott A. Schaefers
Scott A. Carlson
Molly M. Joyce
Richard L. Reinish
P. Brian See
Annette Tyman
SEYFARTH SHAW LLP
55 East Monroe Street
Suite 4200
Chicago, Illinois 60603-4205
(312) 346-8000
(312) 269-8869 (fax)

Robert E. Bloch
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006
Phone: (202) 263-3203

Andrew S. Marovitz
Jonathan L. Lewis
MAYER BROWN LLP
71 S. Wacker Dr.
Chicago, Illinois 60606
Phone: (312) 782-0600

**Counsel for Defendant Evanston Northwestern Healthcare**

Michael L. Shakman
Edward W. Feldman
Diane F. Klotnia
Thomas M. Staunton
MILLER SHAKMAN & BEEM LLP
180 North LaSalle Street, Suite 3600
Chicago, Illinois 60601
(312) 263-3700
(312) 263-3270 (fax)

**Counsel for Defendant Advocate Health Care**

Martin T. Tully
David H. Kistenbroker
Laura Keidan Martin
David S. Slovick
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
(312) 902-5200
(312) 902-1061 (fax)

James J. Calder
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022-2585
(212) 940-8800
(212) 940-8776 (fax)

**Counsel for Defendant Children's Memorial Hospital**

Howard B. Iwrey
DYKEMA GOSSETT PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304

**Counsel for Defendant Oakwood Healthcare, Inc.**

Kenneth J. McIntyre
L. Pahl Zinn
Michelle R. Heikka
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226

**Counsel for Defendant Detroit Medical Center**

Shari Ross Lahlou
Bethany M. Wimsatt
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

**Counsel for Defendant Bon Secours Cottage Health Services**

| | |
|---|---|
| David A. Ettinger<br>Peter E. Boivin<br>HONIGMAN MILLER SCHWARTZ<br>AND COHN LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226<br><br>**Counsel for Defendant McClaren Health Care Corp.**<br><br>Nicholas J. D'Ambrosio<br>Sanjeeve DeSoyza<br>William Reynolds<br>BOND SCHOENECK & KING PLLC<br>111 Washington Avenue<br>Albany, NY 12210-2211<br><br>**Counsel for Defendant Ellis Hospital**<br><br>Robert H. Iseman<br>Brian M. Culnan<br>ISEMAN CUNNINGHAM REISTER & HYDE LLP<br>9 Thurlow Terrace<br>Albany, NY 12203<br><br>**Counsel for Defendant St. Peter's Health Care Service** | William D. Slowey<br>Mark T. Nelson<br>Sheldon H. Klein<br>Bruce L. Sendek<br>Michael R. Turco<br>BUTZEL LONG<br>150 West Jefferson Street, Suite 100<br>Detroit, MI 48226<br><br>**Counsel for Defendant William Beaumont Hospital d/b/a Beaumont Hospitals**<br><br>Gordon L. Lang<br>NIXON PEABODY LLP<br>401 9th Street, N.W.<br>Washington, D.C. 20004-2128<br><br>Daniel J. Hurteau<br>NIXON PEABODY LLP<br>Omni Plaza, Suite 900<br>30 South Pearl Street<br>Albany, NY 12207<br><br>**Counsel for Defendant Northeast Health**<br><br>Corey W. Roush<br>HOGAN & HARTSON<br>555 Thirteenth Street NW<br>Washington D.C. 20004<br><br>**Counsel for Defendant Methodist Le Bonheur Healthcare** |

                                                /s/ Michael R. Shumaker