A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

SUZANNE C. CLARKE and
CONISE P. DILLARD                )
        Plaintiff(s)    )   **APPEARANCE**
                                 )
                                 )
        vs.             )   CASE NUMBER   07-mc-0463-RMU
BAPTIST MEMORIAL HEALTHCARE      )
CORP, et al.                     )
        Defendant(s)    )


To the Clerk of this court and all parties of record:

Please enter the appearance of   Michael R. Shumaker    as counsel in this
                      (Attorney's Name)

case for:   Baptist Memorial Healthcare Corp.
        (Name of party or parties)


November 29, 2007                           _[signature]_
Date                                        Signature

                                            Michael R. Shumaker
                                            Print Name
D.C. Bar No. 434578
BAR IDENTIFICATION                          Jones Day, 51 Louisiana Ave. NW
                                            Address

                                            Washington, DC  20001
                                            City        State       Zip Code

                                            202.879.3939
                                            Phone Number