IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Suzanne C. Clarke,<br>Conise P. Dillard,<br><br>on behalf of themselves and all others<br>similarly situated,<br><br>     Plaintiffs,<br>v.<br><br>Baptist Memorial Healthcare Corporation;<br>Methodist Healthcare<br><br>     Defendants. | Civil Action No. 1:07-mc-00463-RMU |

## NOTICE OF APPEARANCE

The Clerk of this Court will please enter the appearance of David P. Dean as counsel in the above captioned case for plaintiffs Suzanne C. Clarke and Conise P. Dillard.

             /s/ DAVID P. DEAN
             David P. Dean
             D.C. Bar No. 437030
             James & Hoffman, P.C.
             1101 17th Street, N.W. Suite 510
             Washington, D.C. 20036
             202/496-0500

Date: December 5, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Suzanne C. Clarke, Conise P. Dillard, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Baptist Memorial Healthcare Corporation; Methodist Healthcare<br><br>Defendants. | Civil Action No. 1:07-mc-00463-RMU |

## CERTIFICATE OF SERVICE

This is to certify that on this 5th day of December 2007, I caused to be served the foregoing upon the following via electronic mail or U.S. mail:

| | |
|---|---|
| Louis P. Gabel<br>Michael R. Shumaker<br>Robert C. Jones<br>Stephen J. Squeri<br>Phillip A. Proger<br>JONES, DAY LAW FIRM – DC OFFICE<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20005-2088<br>202/879-3939<br>202/626-1700 (fax)<br>lpgabel@jonesday.com<br>mrshumaker@jonesday.com<br>rcjones@jonesday.com<br>sjsqueri@jonesday.com<br>paproger@jonesday.com | David P. Jaqua<br>Amy Pepke<br>BUTLER SNOW O'MARA STEVENS & CANADA, PLLC<br>6075 Poplar Avenue, Suite 500<br>P.O. Box 171443<br>Memphis, TN 38187-1443<br>901/680-7343<br>901/680-7201 (fax)<br>David.jaqua@butlersnow.com<br>Amy.pepke@butlersnow.com |
| James D. Wilson<br>HARRIS SHELTON DUNLAP COBB & RYDER<br>One Commerce Square Ste. 2700<br>Memphis, TN 38103<br>901/525-1455<br>jwilson@harrisshelton.com | Robert F. Leibenloft<br>Corey W. Roush<br>Mitchell E. Zamoff<br>HOGAN & HARTSON LLP<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004<br>RFLeibenloft@HHLAW.com<br>CWRoush@HHLAW.com<br>MEZamoff@HHLAW.com |

/s/ DAVID P. DEAN